IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　PLAINTIFF/RESPONDENT

v.　　　　　　　　　　No. 2:15-CR-20032-002

ASCENCION SALAS-MACIAS　　　　　　　　　　DEFENDANT/PETITIONER

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 16th day of February, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE